CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>VIET NGUYEN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>08 CR 01467<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>January 15</u>, <u>2009</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Jeffrey W. Johnson</u>, in Courtroom <u>"C" 8th floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: January 8, 2009

U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**   Page 1 of 1